IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-51061
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWARD ABAYOMI OSHOBU, also known
as Emmanuel Abayomi Oshobu, also
known as Emmanuel Alex Oshobo, also
known as Emmanuel Abay Oshobu, also
known as Emmanuel A. Shobu, also
known as Edward Oshobu, also known
as Emanuel Oshobo, also known as
Emmanuel Oshobu, also known as
Yomi Oshobu, also known as Ed Oshobu,
also known as Edward A. Oshobo, also known
as A.O. Agayrnde, also known as Joseph Yorinde,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-96-CR-143-1
- - - - - - - - - - -
October 21, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Edward Abayomi Oshobu appeals his jury conviction for making a false claim of citizenship, contending that an oral statement regarding his citizenship should have been suppressed at trial. No motion to suppress was filed and any argument with respect thereto is waived.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See <u>United States v. Chavez-Valencia</u>, 116 F.3d 127, 130 (5th Cir.), cert. denied, 118 S. Ct. 325 (1997); Fᴇᴅ. R. Cʀɪᴍ. P. 12(b)(3).

The appeal is DISMISSED.